HYUNDAI MOBIS CO., LTD., Mobis Alabama, L.L.C., Appellants

v.

AUTOLIV ASP, INC., Appellee

2016-1896

United States Court of Appeals, Federal Circuit.

March 7, 2017

PAUL WHITFIELD HUGHES, Mayer Brown LLP, Washington, DC, argued for appellants. Also represented by ANDREW JOHN PINCUS, JONATHAN WEINBERG.

KEITH E. BROYLES, Alston & Bird LLP, Atlanta, GA, argued for appellee. Also represented by WESLEY ACHEY, PAMELA COUNCILL.

(O'Malley, Wallach, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

POWER SURVEY, LLC, Appellant

v.

L-3 COMMUNICATIONS HOLDINGS, INC., Appellee

2016-1644
2016-1645
2016-1646

United States Court of Appeals, Federal Circuit.

March 7, 2017

BYRON LEROY PICKARD, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by PAULINE PELLETIER, JON WRIGHT, NIRAV DESAI, ADAM LAROCK, CHANDRIKA VIRA.

JOHN P. DONOHUE, Baker & Hostetler LLP, Philadelphia, PA, argued for appellee. Also represented by DANIEL J. GOETTLE, KEVIN MATTHEW BOVARD, CHARLIE C. LYU, LESLEY MCCALL GROSSBERG.

(O'Malley, Wallach, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**